IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RYAN DARLEY MAUGHAN, Plaintiff, v. DR. BRUCE O. BURNHAM et al., Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** Case No. 2:16-CV-458-DB District Judge Dee Benson |

In an Order dated September 20, 2017, the Court required Plaintiff to--within thirty days--"either verify that he is still a prisoner or file a renewed Application to Proceed IFP, reflecting non-prisoner status." Over three months later, Plaintiff has not responded. Indeed, the Order was returned to sender, marked, "Left no Forwarding Address." The Court last heard from Plaintiff on June 7, 2017, when he filed several documents. He has not since updated his address with the Court.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

DATED this 3rd day of January, 2018.

BY THE COURT:

JUDGE DEE BENSON
United States District Court